# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Novatek Medical Rental Group Inc<br><br>PO Box 285<br>Effingham, IL 62401–0285<br><br>        Debtor(s) | In Proceedings<br>Under Chapter 7<br><br>BK 19–60280–lkg |

SSN/Individual Taxpayer ID Number (ITIN):            Employer Tax ID Number (ETIN):

                                                    20–0673643

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
# OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

   The trustee has advised the Court that unencumbered assets are being liquidated and that dividends may be available for unsecured creditors.  To participate in a pro rata share of the unencumbered dividends, creditors in this case must file a claim, on an official claim form.  The last date to file a proof of claim in this case for creditors is: December 23, 2019.  Governmental units should also review B.R. 3002(c)(1).

   The claim must be filed with the Clerk's Office, U.S. Bankruptcy Court with a copy forwarded to the case trustee:

>    Robert T Bruegge
>    Trustee
>    130 N Main St
>    PO Box 510
>    Edwardsville, IL 62025
>
>    (618) 301–4878

      An electronic version of the claim form is available on the Court's web site at http://www.ilsb.uscourts.gov  Proof of claims should be filed electronically with the court.  If you are not a registered user of the Court's Electronic Filing System, you may bring the document to the Clerk's Office in Benton, IL and assistance will be provided to scan and enter the document into the Court's electronic filing system.  If you have questions regarding filing electronically, please contact the Clerk's office at 618–435–2200.

   Creditors are further notified that upon expiration of the claims bar date all notices required by Rule 2002 of the Federal Rules of Bankruptcy Procedure will be mailed only to creditors whose claims have been filed.

DATED: September 24, 2019

                                                                **Donna N Beyersdorfer**
                                                                CLERK OF THE BANKRUPTCY COURT