# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | Case No. 19-60280-LKG |
| § | |
| NOVATEK MEDICAL RENTAL § | |
| GROUP, INC. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert T. Bruegge, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $94,500.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $18,877.43 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $9,922.57 | | |

3) Total gross receipts of $28,800.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $28,800.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $382,500.00 | $689,433.62 | $689,433.62 | $16,500.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $9,922.57 | $9,922.57 | $9,922.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,581.25 | $1,567,369.12 | $8,493.65 | $2,377.43 |
| General Unsecured Claims (from **Exhibit 7**) | $417,279.44 | $374,296.31 | $370,886.23 | $0.00 |
| **Total Disbursements** | $806,360.69 | $2,641,021.62 | $1,078,736.07 | $28,800.00 |

4). This case was originally filed under chapter 7 on 07/31/2019. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2021    By: /s/ Robert T. Bruegge
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2001 Ford F250 Regular Cab VIN 1FDWE35L61HA79799. Fair condition. $3,691.00 KBB | 1129-000 | $2,550.00 |
| 2002 GMC Savana 1500/2500 2WD (cargo) VIN 1GTGG25RX21902410. Fair condition $2,800.00 KBB | 1129-000 | $2,850.00 |
| 2012 Doolittle Trailer Other Information: VIN 1DGRS1214CM096604 | 1129-000 | $1,050.00 |
| Inventory 7/24/2017 $200,000.00 Wholesale | 1129-000 | $21,500.00 |
| Yale Model 95 Forklift. Fair condition. $3,000.00 | 1129-000 | $850.00 |
| **TOTAL GROSS RECEIPTS** | | $28,800.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-1 | Midland States Bank | 4110-000 | $382,500.00 | $394,933.62 | $394,933.62 | $16,500.00 |
| 4-2S | Midland States Bank | 4210-000 | $0.00 | $294,500.00 | $294,500.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $382,500.00 | $689,433.62 | $689,433.62 | $16,500.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert T. Bruegge, Trustee | 2100-000 | NA | $3,630.00 | $3,630.00 | $3,630.00 |
| Robert T. Bruegge, Trustee | 2200-000 | NA | $541.70 | $541.70 | $541.70 |
| International Sureties Ltd | 2300-000 | NA | $5.39 | $5.39 | $5.39 |
| Independent Bank | 2600-000 | NA | $51.48 | $51.48 | $51.48 |
| GEORGE B. KRUSE, Accountant for Trustee | 3410-000 | NA | $2,245.00 | $2,245.00 | $2,245.00 |
| Martin Auction Services, Auctioneer for Trustee | 3610-000 | NA | $2,150.00 | $2,150.00 | $2,150.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Rob Nord, Auctioneer for Trustee | 3610-000 | NA | $730.00 | $730.00 | $730.00 |
| Rob Nord, Auctioneer for Trustee | 3620-000 | NA | $569.00 | $569.00 | $569.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $9,922.57 | $9,922.57 | $9,922.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Illinois Department of Employment Security | 5800-000 | $44.00 | $707.04 | $707.04 | $197.91 |
| 8-1P | Internal Revenue Service | 5800-000 | $6,537.25 | $1,536,131.00 | $0.00 | $0.00 |
| 8-2P | Internal Revenue Service | 5800-000 | $0.00 | $7,478.93 | $0.00 | $0.00 |
| 8-3P | Internal Revenue Service | 5800-000 | $0.00 | $15,265.54 | $0.00 | $0.00 |
| 8-4P | Internal Revenue Service | 5800-000 | $0.00 | $7,786.61 | $7,786.61 | $2,179.52 |
| | IDES | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,581.25 | $1,567,369.12 | $8,493.65 | $2,377.43 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Becton, Dickinson and Company | 7100-000 | $3,112.82 | $6,225.64 | $6,225.64 | $0.00 |
| 3 | Uline, Inc | 7100-000 | $1,428.49 | $1,428.05 | $1,428.05 | $0.00 |
| 4-2U | Midland States Bank | 7100-000 | $0.00 | $100,433.62 | $100,433.62 | $0.00 |
| 5 | Anybattery Inc | 7100-000 | $5,361.10 | $5,381.10 | $5,381.10 | $0.00 |
| 6 | JPMorgan Chase Bank, N.A. | 7100-900 | $23,499.13 | $26,082.88 | $26,082.88 | $0.00 |
| 7 | Med E-Quip Locators, Inc. | 7100-000 | $20,767.58 | $185,678.81 | $185,678.81 | $0.00 |
| 8-1U | Internal Revenue Service | 7100-000 | $0.00 | $269.48 | $0.00 | $0.00 |
| 8-2U | Internal Revenue Service | 7100-000 | $0.00 | $269.48 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8-3U | Internal Revenue Service | 7100-000 | $0.00 | $2,871.12 | $0.00 | $0.00 |
| 8-4U | Internal Revenue Service | 7100-000 | $0.00 | $3,253.71 | $3,253.71 | $0.00 |
| 9 | TriMedX Holdings, LLC | 7100-000 | $24,500.00 | $27,367.20 | $27,367.20 | $0.00 |
| 10 | Taylor Law Offices, PC | 7100-000 | $400.00 | $480.00 | $480.00 | $0.00 |
| 11 | Southeastern Biomedical Associates, Inc. | 7100-000 | $1,200.00 | $1,228.00 | $1,228.00 | $0.00 |
| 12 | Commercial Collection Corp of NY | 7100-000 | $0.00 | $2,791.37 | $2,791.37 | $0.00 |
| 13 | Bahrns Equipment, Inc. | 7100-000 | $3,200.00 | $3,759.73 | $3,759.73 | $0.00 |
| 14 | JAKEN MEDICAL INC | 7100-000 | $3,852.13 | $3,801.12 | $3,801.12 | $0.00 |
| 15 | Adepto Medical | 7100-000 | $2,975.00 | $2,975.00 | $2,975.00 | $0.00 |
| | AFLAC | 7100-000 | $313.68 | $0.00 | $0.00 | $0.00 |
| | Airgas USA, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AIV, Inc. | 7100-000 | $4,477.74 | $0.00 | $0.00 | $0.00 |
| | Alpha Source, Inc. | 7100-000 | $108.38 | $0.00 | $0.00 | $0.00 |
| | Ameren Illinois | 7100-000 | $159.68 | $0.00 | $0.00 | $0.00 |
| | Arrow Pest and Termite Control, Inc | 7100-000 | $55.00 | $0.00 | $0.00 | $0.00 |
| | B Braun Medical, Inc | 7100-000 | $3,469.17 | $0.00 | $0.00 | $0.00 |
| | Batteries Plus Bulbs | 7100-000 | $1,415.20 | $0.00 | $0.00 | $0.00 |
| | Baxter Healthcare | 7100-000 | $2,481.89 | $0.00 | $0.00 | $0.00 |
| | Beckson Medical Equipment, LLC | 7100-000 | $99,999.00 | $0.00 | $0.00 | $0.00 |
| | Bemes, Inc, | 7100-000 | $2,933.90 | $0.00 | $0.00 | $0.00 |
| | Biomedix Medical, Inc. | 7100-000 | $650.00 | $0.00 | $0.00 | $0.00 |
| | Carle Foundation Hospital | 7100-000 | $11,052.47 | $0.00 | $0.00 | $0.00 |
| | CDR Medical Sales | 7100-000 | $2,450.00 | $0.00 | $0.00 | $0.00 |
| | Citibusiness Card | 7100-000 | $30,599.17 | $0.00 | $0.00 | $0.00 |
| | Consolidated Communications | 7100-000 | $400.57 | $0.00 | $0.00 | $0.00 |
| | Dave Schmidt | 7100-000 | $58,000.00 | $0.00 | $0.00 | $0.00 |
| | Dell Financial Services | 7100-000 | $895.91 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Dothager Independent IT Consulting | 7100-000 | $245.93 | $0.00 | $0.00 | $0.00 |
| EAHC Structures | 7100-000 | $151.08 | $0.00 | $0.00 | $0.00 |
| Effingham Co Chamber of Commerce | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Effingham Co Chamber of Commerce | 7100-000 | $1,339.02 | $0.00 | $0.00 | $0.00 |
| Fayette County Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fedex | 7100-000 | $141.06 | $0.00 | $0.00 | $0.00 |
| Foremost Medical Equipment | 7100-000 | $3,022.00 | $0.00 | $0.00 | $0.00 |
| Freedom Medical | 7100-000 | $280.85 | $0.00 | $0.00 | $0.00 |
| Fritz Krampe Enterprises, LLC | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| Glenn Medical Systems, Inc. | 7100-000 | $19.91 | $0.00 | $0.00 | $0.00 |
| Heartland Landscaping, Inc. | 7100-000 | $65.00 | $0.00 | $0.00 | $0.00 |
| HG Development, LLC | 7100-000 | $46,440.00 | $0.00 | $0.00 | $0.00 |
| Hinckley Springs | 7100-000 | $127.51 | $0.00 | $0.00 | $0.00 |
| Hospira Worldwide | 7100-000 | $1,752.07 | $0.00 | $0.00 | $0.00 |
| ILMO Products Company | 7100-000 | $1,486.40 | $0.00 | $0.00 | $0.00 |
| Infusystem | 7100-000 | $119.00 | $0.00 | $0.00 | $0.00 |
| Integrity Electric and Pliumbing Inc | 7100-000 | $3,161.73 | $0.00 | $0.00 | $0.00 |
| IPFS Corporation | 7100-000 | $1,109.07 | $0.00 | $0.00 | $0.00 |
| Lincolnland Home Medical Equipment | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Master Medical Equipment | 7100-000 | $1,910.00 | $0.00 | $0.00 | $0.00 |
| Maxedon Landscaping, LLC | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| Med One Equipment Services | 7100-000 | $776.00 | $0.00 | $0.00 | $0.00 |
| Medical Specialties Distributors, LLC | 7100-000 | $5,870.43 | $0.00 | $0.00 | $0.00 |
| Medline Industries, Inc. | 7100-000 | $475.48 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Medtec Medical, Inc | 7100-000 | $1,850.00 | $0.00 | $0.00 | $0.00 |
| Micro Direct, Inc. | 7100-000 | $33.75 | $0.00 | $0.00 | $0.00 |
| MidAmerican Energy Services, LLC | 7100-000 | $708.39 | $0.00 | $0.00 | $0.00 |
| Monet Medical, Inc | 7100-000 | $165.00 | $0.00 | $0.00 | $0.00 |
| Pacific Medical LLC | 7100-000 | $585.00 | $0.00 | $0.00 | $0.00 |
| Pana Community Hospital | 7100-000 | $2,750.00 | $0.00 | $0.00 | $0.00 |
| Parcel Insurance Plan | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Pro Medical Distribution, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Progressive Medical International | 7100-000 | $49.78 | $0.00 | $0.00 | $0.00 |
| Quail Electronics, Inc | 7100-000 | $1,446.00 | $0.00 | $0.00 | $0.00 |
| R&D Batteries, Inc. | 7100-000 | $39.75 | $0.00 | $0.00 | $0.00 |
| Sanitation Services, Inc. | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| Sarah Bush Lincoln Health Center | 7100-000 | $850.00 | $0.00 | $0.00 | $0.00 |
| Sealed Air Corporation | 7100-000 | $3,006.30 | $0.00 | $0.00 | $0.00 |
| Second Time Medical | 7100-000 | $1,014.00 | $0.00 | $0.00 | $0.00 |
| Select POS and Peripherals LLC | 7100-000 | $1,860.00 | $0.00 | $0.00 | $0.00 |
| Simple Solutions, Inc | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Smiths Medical ASD, Inc. | 7100-000 | $4,567.02 | $0.00 | $0.00 | $0.00 |
| Soma Technologies | 7100-000 | $242.06 | $0.00 | $0.00 | $0.00 |
| Staples | 7100-000 | $401.22 | $0.00 | $0.00 | $0.00 |
| Tekyard, LLC | 7100-000 | $1,497.00 | $0.00 | $0.00 | $0.00 |
| The Hope Foundation | 7100-000 | $2,425.00 | $0.00 | $0.00 | $0.00 |
| United Ad Label | 7100-000 | $431.90 | $0.00 | $0.00 | $0.00 |
| UPS | 7100-000 | $535.55 | $0.00 | $0.00 | $0.00 |
| Vital Hospital Systems, Inc | 7100-000 | $6,999.89 | $0.00 | $0.00 | $0.00 |
| Willow Medical | 7100-000 | $4,827.28 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  | | | | | |
|---|---|---|---|---|---|
| Worldwide Express | 7100-000 | $363.25 | $0.00 | $0.00 | $0.00 |
| Xerox Financial Services | 7100-000 | $60.75 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $417,279.44 | $374,296.31 | $370,886.23 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No.: | 19-60280-LKG | Trustee Name: | Robert T. Bruegge |
| --- | --- | --- | --- |
| Case Name: | NOVATEK MEDICAL RENTAL GROUP, INC. | Date Filed (f) or Converted (c): | 07/31/2019 (f) |
| For the Period Ending: | 6/1/2021 | §341(a) Meeting Date: | 09/19/2019 |
| | | Claims Bar Date: | 12/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Midland States Bank Checking XXXX | $7,000.00 | $7,000.00 | | $0.00 | FA |
| 2 | 90 days old or less: face amount 100,000.00 - doubtful or uncollectible accounts 50,000.00 = | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 3 | Over 90 days old: face amount 142,449.31 - doubtful or uncollectible accounts 142,449.31 = | Unknown | $0.00 | | $0.00 | FA |
| 4 | Inventory 7/24/2017 $200,000.00 Wholesale | $200,000.00 | $200,000.00 | | $21,500.00 | FA |
| 5 | 7 desks, 10 filing cabinets, shelving units, 8 chairs, 4 tables, refrigerator, 10 wastebaskets $7,500.00 Liquidation | $7,500.00 | $7,500.00 | | $0.00 | FA |
| 6 | 3 workbenches $3,000.00 Liquidation | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 7 | 12 computers, 10 printers $2,000.00 Liquidation | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 8 | Tools $25,000.00 Liquidation | $25,000.00 | $25,000.00 | | $0.00 | FA |
| 9 | 2002 GMC Savana 1500/2500 2WD (cargo) VIN 1GTGG25RX21902410. Fair condition $2,800.00 KBB | $2,800.00 | $2,800.00 | | $2,850.00 | FA |
| 10 | 2001 Ford F250 Regular Cab VIN 1FDWE35L61HA79799. Fair condition. $3,691.00 KBB | $3,691.00 | $3,691.00 | | $2,550.00 | FA |

**Asset Notes:** This is actually a Ford E350

| 11 | Yale Model 95 Forklift. Fair condition. $3,000.00 | $3,000.00 | $3,000.00 | | $850.00 | FA |
| --- | --- | --- | --- | --- | --- | --- |
| 12 | 2012 Doolittle Trailer Other Information: VIN 1DGRS1214CM096604 | $3,630.00 | $3,630.00 | | $1,050.00 | FA |
| 13 | Website domain unknown | Unknown | $0.00 | | $0.00 | FA |
| 14 | Customer List unknown | Unknown | $0.00 | | $0.00 | FA |
| 15 | Telephone number unknown | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $307,621.00 | $307,621.00 | | $28,800.00 | **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
06/01/2021    TDR to UST

FORM 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-60280-LKG | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|
| Case Name: | NOVATEK MEDICAL RENTAL GROUP, INC. | | Date Filed (f) or Converted (c): | 07/31/2019 (f) |
| For the Period Ending: | 6/1/2021 | | §341(a) Meeting Date: | 09/19/2019 |
| | | | Claims Bar Date: | 12/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Date | Description |
|---|---|
| 02/24/2021 | O Apprvg TFR entered |
| 02/16/2021 | Emailed FO to Court |
| 01/26/2021 | Filed NFR |
| 01/19/2021 | Ntc from IRS re changing address |
| 12/10/2020 | TFR to UST |
| 12/10/2020 | O GR MTW RESP TR OTCL |
| 12/09/2020 | Per Midland's atty, he will withdraw his Resp to TR OTCL 4-2S |
| 12/09/2020 | Midland filed MTW Response to TR OTCL 4-2S |
| 12/08/2020 | Midland filed Response to TR OTCL 4-2S |
| 12/08/2020 | Email to Midland's atty re Response to TR OTCL 4-2S |
| 12/07/2020 | TFR worksheet to RTB |
| 11/17/2020 | O GR MTW TR OTCL 4-1 entered |
| 11/16/2020 | Filed MTW TR OTCL 4-1, TR OTCL 4-2S |
| 11/16/2020 | Mailed check to George B Kruse |
| 11/13/2020 | O GR Appl Accountant Compensation entered |
| 10/26/2020 | Filed TR OTCL |
| 10/22/2020 | Received estate tax returns and accountant bill. Forwarded returns to RTB for review and signing |
| 10/22/2020 | Filed Appl Acct Compensation & Ntc |
| 10/22/2020 | TFR worksheet to RTB |
| 10/13/2020 | Sent note to RTB to review for follow up |
| 10/13/2020 | Provided George Kruse with necessary SSN |
| 10/05/2020 | Email from George Kruse advising he needs SSN for Earl L Robbins for K-1 |
| 10/05/2020 | Email to debtor's atty requesting Earl L Robbin's entire SSN for K-1 asap |
| 09/30/2020 | Email to George Kruse with estate information for preparation of tax return. |
| 09/14/2020 | Email from RTB re estate tax returns. Response sent. |
| 09/14/2020 | Email from RTB with tax returns. Response sent. |
| 08/24/2020 | Filed Mtn Compel |
| 08/03/2020 | Email to db's atty re 2019 tax returns |
| 08/03/2020 | Email from db's atty advising he will check |
| 06/30/2020 | Email from db's atty wanting accounting of sale of equipment and inventory and accounts payable balance to finish preparing db's tax returns. Forwarded to RTB. |
| 06/30/2020 | Emailed Form 2 to db's atty |
| 06/02/2020 | Email to TES requesting scheduled claims be imported |
| 04/29/2020 | Notes to RTB re W-9's and 1120s |
| 04/21/2020 | Email from George Kruse re tax returns |
| 04/21/2020 | Email to db's atty re W-2's, 1120's, and other tax documents |
| 04/20/2020 | Email from George Kruse re tax returns; Response sent |
| 04/06/2020 | Mailed check to Midland States Bank |
| 04/03/2020 | O GR Mtn Pay entered |
| 04/02/2020 | Filed Rpt Sale, Appl Auctioneer's Compensation & Ntc, and Mtn Pay |
| 03/09/2020 | Email from George Kruse |
| 02/25/2020 | Received email from db's atty advising now db says they can't file tax docs by deadline. Forwarded to George Kruse. |
| 02/20/2020 | Email to db's atty advising we need copies of W-2's and 1120s |
| 02/20/2020 | Email from db's atty wanting to know if dbs needed to file returns. Response sent advising yes since she told me on Monday the debtor was taking care of this. |
| 02/18/2020 | Per email from db's atty: Db has filed W-2's and plans on filing returns. Forwarded info to accountant. |
| 02/11/2020 | 2nd Ltr re tax information |
| 02/10/2020 | Filed Ntc Intent Sell |

FORM 1
Page No: 3
Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-60280-LKG | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|
| Case Name: | NOVATEK MEDICAL RENTAL GROUP, INC. | Date Filed (f) or Converted (c): | 07/31/2019 (f) |
| For the Period Ending: | 6/1/2021 | §341(a) Meeting Date: | 09/19/2019 |
| | | Claims Bar Date: | 12/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 01/30/2020 | Email from auctioneer re inventory. Forwarded to RTB |
| 01/30/2020 | Ltr re tax information |
| 01/29/2020 | O GR Appl Auctioneer Compensation entered |
| 01/27/2020 | Email from accountant requesting Form 2. Response sent. |
| 01/07/2020 | Email to RTB re follow up on whether warehouse items can be sold; Response received |
| 01/07/2020 | Filed Rpt Sale |
| 01/07/2020 | Filed Appl Auctioneer Compensation & Ntc |
| 12/03/2019 | Email from auctioneer. Printed and forwarded to RTB. |
| 11/25/2019 | Email from auctioneer with photos. Forwarded to RTB for review. |
| 11/18/2019 | Email from Martin Auction Services re items in warehouse. Forwarded to RTB |
| 11/18/2019 | Email from Martin Auction Services re December auction. Response sent. |
| 11/18/2019 | Email from Martin Auction Services re items in warehouse. Response sent. Forwarded to RTB |
| 11/04/2019 | Called rob Nord to take a look at the equipment to sell. told him to contact Dean Kramer at 2178213411 |
| 10/17/2019 | Filed Ntc Intent Sell |
| 10/15/2019 | Received copies of checks; Forwarded to RTB for review |
| 10/15/2019 | Emailed O GR Appl Employ Accountant to George Kruse |
| 10/15/2019 | Emailed O GR Appl Employ Auctioneer to Martin Auction Services |
| 10/11/2019 | O GR Appl Employ Accountant entered |
| 10/11/2019 | O GR Appl Employ Auctioneer entered |
| 10/10/2019 | Received signed Affidavit from George Kruse |
| 10/10/2019 | Filed Appl Employ Accountant |
| 10/09/2019 | 2nd Ltr re cancelled checks |
| 10/09/2019 | Received signed declaration from auctioneer |
| 10/09/2019 | Filed Appl Employ Auctioneer |
| 10/09/2019 | 2 email to George Kruse re Appl Employ Accountant |
| 10/08/2019 | Emailed auctioneer Application to Employ and information re locations. Mailed keys and titles. |
| 10/03/2019 | Received email from db's atty advising of locations of vehicles. Titles and keys received |
| 10/02/2019 | Ltr re titles, keys, locations |
| 09/30/2019 | Email from Atty Tim Rudolph re MFR. Forwarded to RTB. |
| 09/25/2019 | Emailed Appl Employ Accountant to George Kruse |
| 09/24/2019 | Ran Westlaw and UC searches. Forwarded results to RTB |
| 09/24/2019 | Ltr re cancelled checks |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/22/2020 | /s/ ROBERT T. BRUEGGE |
| **Current Projected Date Of Final Report (TFR):** | 03/31/2021 | ROBERT T. BRUEGGE |

FORM 2

Page No: 1    Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-60280-LKG | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|
| Case Name: | NOVATEK MEDICAL RENTAL GROUP, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3643 | | Checking Acct #: | ******0280 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2019 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 6/1/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/26/2019 | | Martin Auction Services | 2012 Doolittle Trailer; 2002 GMC Savana; 2001 Ford F250; Tale Forklift | * | $7,300.00 | | $7,300.00 |
| | {12} | | $1,050.00 | 1129-000 | | | $7,300.00 |
| | {9} | | $2,850.00 | 1129-000 | | | $7,300.00 |
| | {10} | | $2,550.00 | 1129-000 | | | $7,300.00 |
| | {11} | | $850.00 | 1129-000 | | | $7,300.00 |
| 01/29/2020 | 1001 | Rob Nord | Auctioneer Fee | 3610-000 | | $730.00 | $6,570.00 |
| 01/29/2020 | 1002 | Rob Nord | Auctioneer Expenses | 3620-000 | | $569.00 | $6,001.00 |
| 03/30/2020 | (4) | Martin Auction Services | Medical Equipment | 1129-000 | $21,500.00 | | $27,501.00 |
| 04/06/2020 | 1003 | Midland States Bank | Lien on Medical Equipment | 4110-000 | | $16,500.00 | $11,001.00 |
| 04/27/2020 | 1004 | Martin Auction Services | Auctioneer Fee | 3610-000 | | $2,150.00 | $8,851.00 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.90 | $8,838.10 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.88 | $8,825.22 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.86 | $8,812.36 |
| 11/12/2020 | 1005 | International Sureties Ltd | CHAPTER 7 BLANKET BOND REGION 10 - N&S INDIANA, C&S ILLINOIS | 2300-000 | | $5.39 | $8,806.97 |
| 11/16/2020 | 1006 | GEORGE B. KRUSE | Accountant Fee | 3410-000 | | $2,245.00 | $6,561.97 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.84 | $6,549.13 |
| 02/25/2021 | 1007 | Robert T. Bruegge | Trustee Compensation | 2100-000 | | $3,630.00 | $2,919.13 |
| 02/25/2021 | 1008 | Robert T. Bruegge | Trustee Expenses | 2200-000 | | $541.70 | $2,377.43 |
| 02/25/2021 | 1009 | Illinois Department of Employment Security | Claim #: 2; Distribution Dividend: 27.99; Account Number: ; | 5800-000 | | $197.91 | $2,179.52 |
| 02/25/2021 | 1010 | Internal Revenue Service | Claim #: 8; Distribution Dividend: 27.99; Account Number: ; | 5800-000 | | $2,179.52 | $0.00 |

SUBTOTALS    $28,800.00    $28,800.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-60280-LKG | | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|---|
| Case Name: | NOVATEK MEDICAL RENTAL GROUP, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3643 | | Checking Acct #: | ******0280 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2019 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 6/1/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $28,800.00 | $28,800.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $28,800.00 | $28,800.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $28,800.00 | $28,800.00 | |

**For the period of 7/31/2019 to 6/1/2021**

| | |
|---|---|
| Total Compensable Receipts: | $28,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/26/2019 to 6/1/2021**

| | |
|---|---|
| Total Compensable Receipts: | $28,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $28,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-60280-LKG | Trustee Name: | Robert T. Bruegge |
|---|---|---|---|
| Case Name: | NOVATEK MEDICAL RENTAL GROUP, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3643 | Checking Acct #: | ******0280 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/31/2019 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 6/1/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $28,800.00 | $28,800.00 | $0.00 |

| **For the period of 7/31/2019 to 6/1/2021** | | **For the entire history of the case between 07/31/2019 to 6/1/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $28,800.00 | Total Compensable Receipts: | $28,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,800.00 | Total Comp/Non Comp Receipts: | $28,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $28,800.00 | Total Compensable Disbursements: | $28,800.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,800.00 | Total Comp/Non Comp Disbursements: | $28,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT T. BRUEGGE

ROBERT T. BRUEGGE